DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES D. RUSSO, DMD** and **CHARLES D. RUSSO, DMD, PA,**
Appellants,

v.

**JESSICA KVERNHAUGEN,**
Appellee.

No. 4D19-1533

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 17-5936 (14).

John M. Fitzgerald and Kyle A. Cooper of Tabet DiVito & Rothstein LLC, Chicago, IL, and Jonathan P. Lynn of La Cava & Jacobson, P.A., Fort Lauderdale, for appellants.

Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville, and Frank Ashton and Kevin W. Moore of Hardesty, Tyde, Green & Ashton, P.A., for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***